BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE AFFIDAVIT AND CRIMINAL COMPLAINTS RE:<br><br>Pedro FUENTES; Edwin ARAMBULO; Jorge VEGA-Macias; Vicente VELAZQUEZ; Leonel Villa LOPEZ; Nicolas ZABALETA Sozueta; Ivan ALCARAZ; Arnulfo SANCHEZ; Luis Alberto Fernandez CONTRERAS; Victor HERNANDEZ-SOSA | 2:16-MJ-0026 AC<br><br>SEALING ORDER<br><br>UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matter be, and are, hereby ordered sealed until further order of this Court.

DATED: January 26, 2016

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE